IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Franklin Jr, Ray E
Franklin, Roxanne C
Printed: 03/10/09

Case Number: 07 B 03017
Judge: Squires, John H
Filed: 2/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 14, 2009
Confirmed: August 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,654.47 |  |
| Secured: |  | 14,432.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,021.53 |
| Other Funds: |  | 700.00 |
| Totals: | 18,654.47 | 18,654.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,500.00 | 2,500.00 |
| 2. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Secured | 8,913.84 | 4,203.34 |
| 4. | HSBC Auto Finance | Secured | 2,267.55 | 2,267.55 |
| 5. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 20,684.05 | 7,962.05 |
| 6. | Internal Revenue Service | Priority | 24,544.27 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 1,941.83 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 501.14 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 5,448.38 | 0.00 |
| 10. | Creditors Collection Bur | Unsecured | 1,812.14 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 1,109.08 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 687.05 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 782.86 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 223.32 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 3,380.76 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 740.36 | 0.00 |
| 17. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 18. | Citi Auto | Unsecured |  | No Claim Filed |
| 19. | CB USA | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 21. | Credit Protective Service | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 25. | Medical Collections | Unsecured |  | No Claim Filed |
| 26. | Medical Collections | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Franklin Jr, Ray E | Case Number: 07 B 03017 |
| --- | --- | --- |
| | Franklin, Roxanne C | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 2/21/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 28. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 29. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 31. | I C Systems Inc | Unsecured | | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 35. | I C Systems Inc | Unsecured | | No Claim Filed |
| 36. | GEMB | Unsecured | | No Claim Filed |
| 37. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 38. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 39. | RMI/MCSI | Unsecured | | No Claim Filed |
| 40. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 75,536.63 | $ 16,932.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 720.98 |
| 6.5% | 209.74 |
| 6.6% | 90.81 |
| | $ 1,021.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*